# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

___

Jamie Lee Iverson,                                                  Civil No. 12-334 (RHK/AJB)

        Plaintiff,                                                             **ORDER**

v.

Michael J Astrue, Commissioner of
Social Security,

        Defendant.
___

Based upon the Report and Recommendation by Chief United States Magistrate Judge Arthur J. Boylan dated November 29, 2012, with all the files and records, and no objections having been filed to said Recommendation, **IT IS ORDERED**:

1. The Report and Recommendation (Doc. No. 11) is **ADOPTED**; and

2. This matter is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute in compliance with the Court's Order on Motion to Extend Time dated October 15, 2012, the Order to Take Action dated November 15, 2012, and Local Rule 7.2(b)(1).

Dated: January 17, 2013

                                                            s/Richard H. Kyle
                                                            RICHARD H. KYLE
                                                            United States District Judge